**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **GARCIA LESTER,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIV-07-1183-R |
| | ) | |
| **CHILES TOWNSEND, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

O R D E R

Before the Court is the Report and Recommendation of United States Magistrate Judge Gary M. Purcell entered November 20, 2007.  Doc. No. 5.  No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted.  Additionally, Plaintiff has not submitted a motion to proceed *in forma pauperis*, i.e., he has not cured the deficiency identified in the Report and Recommendation. Therefore, the Report and Recommendation is ADOPTED and this action is DISMISSED without prejudice.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE